UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Les Paul Jones JR

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

The City of Wyoming
Unknown Wyoming Police officers
Detective Anastasia Armstrong

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**FILED - GR**
April 29, 2024 1:37 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB /4/30

**1:24-cv-439**
Hala Y. Jarbou
Chief U.S. District Judge

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**

   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?     Yes ☐   No ☒

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
      N/A

   2. Is the action still pending?     Yes ☐   No ☐
      a. If your answer was no, state precisely how the action was resolved: N/A

   3. Did you appeal the decision?     Yes ☐   No ☐
   4. Is the appeal still pending?     Yes ☐   No ☐
      a. If not pending, what was the decision on appeal? N/A

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☐
      a. If so, explain: N/A

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff  Les Paul Jones JR

Place of Present Confinement  Kent County Correctional Facility

Address  703 ball Ave. NE Grand Rapids MI 49503

Place of Confinement During Events Described in Complaint  Wyoming Patrol car then KCCF

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1  The City of Wyoming michigan 49509
Position or Title  The City of Wyoming michigan 49509
Place of Employment  The City of Wyoming michigan 49509
Address  The City of Wyoming michigan 49509
Official and/or personal capacity?  Both Capacity

Name of Defendant #2  Unknown Wyoming Police officers
Position or Title  Wyoming Police officers
Place of Employment  Wyoming Police department
Address  2300 DE Hoop Ave SW Wyoming Michigan 49509
Official and/or personal capacity?  Both Capacity

Name of Defendant #3  Detective Anastasia Armstrong
Position or Title  Detective for Wyoming Police department
Place of Employment  Wyoming Police department
Address  2300 DE Hoop Ave SW Wyoming michigan 49509
Official and/or personal capacity?  Both Capacity

Name of Defendant #4  _____
Position or Title  _____
Place of Employment  _____
Address  _____
Official and/or personal capacity?  _____

Name of Defendant #5  _____
Position or Title  _____
Place of Employment  _____
Address  _____
Official and/or personal capacity?  _____

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On 11-23-23 I was ambushed by multipule Wyoming Police vehicles with there lights off as I turned off 36st on to Clyde Park, Multipule Wyoming Police cruisers with there lights off box me in, as I continued to drive down Clyde Park, I was unaware as to why I was being boxed in by Wyoming Police cruisers with there lights off, after Wyoming Police Cruisers box me in I was blinded by the Wyoming Police cruiser that was on my driver side spot light, after a few seconds the Wyoming Police Cruiser's that was on my driver side Initiated its Patrol car lights Signaling me that I was being Pulled over, As I Pulled over I became aware that I was surrounded by more then seven Wyoming Police Cruisers as they had initiated they lights as well, Once I was Pulled over I was surrounded by unknown Wyoming Police officers with there guns drawn asking me to throw my keys out the window and exit my vehicle, in fear for my life I just exited my vehicle not wanting to reach for my keys due to the fear of being shot by the Police officers, once out of my vehicle I was told to walk backwords tword the sound of the officers voice, As I complied I ask out loud whats going on and why was I being treated this way, No reply come, once I got back to one of the Police Cruiser I was told to stop and keep my hands above my head, I complied, after a few seconds I heard Multipule foot steps approaching me, I was then hand cuffed and secured in the back of a Wyoming Police cruiser, I then took in the scene and Realized I was surrounded by more then 15 Police

See Attachment...

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

→ officers, I asked one officer what was going on and was told to be quiet. I then asked again what was all this about and was told by an unknown officer that I had a felony warrant and a bond of $50,000 c/s. I then asked for what? and was told by officer that he wasn't sure. I then asked the unknown officer who's cruiser I was in what I had a felony warrant for and he responded for witness retaliation against. I then asked the unknown officer when did I get the warrant because I was Just in Wyoming court house the day before, he responded the 22 of November the same day I was at 62A District court, So I was really lost on how I had a warrant the same day I was there, I asked if my wife could come get my Vehicle and was told no I was going to Jail and my vehicle was being impounded, I then asked if my money could be left in my vehicle so my wife could get the vehicle out of impound and was told no by unknown officer that I could not and to sit back and be quiet as he pulled off, I then asked officer if I could stay and watch the unknown officers search my vehicle and was told No I was going to Jail. I arrived at Kent County Jail and was booked on the felony warrant. I was arraigned on 11-27-23 on the felony complaint. On Feb 2 I wrote the court clerk of the 17th circuit court Kent County court house for all relevant documents pertaining to my case, due to the fact my lawyer wasn't complying See Attachment.

### III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

→ and refused to Answer my letters, I recieved the File Pertaning to my case from the court clerk on Feb 21, As I was reviewing the file I came across my Judicial District 62A Register of Action, witch States 11-20-23 original charge 11-22-23 Authorization of complaint Date Pros Curtis, Angela Moblo P-68796 11-24-23 complaint Issuence Date Warrent Signed and Issued by MAG Price, Robert #625 No where on my Register of action does it State that a warrent was Signed and Issued by megistrate or Judge on 11-22-23 there For the Unknown Wyoming Police officer's violated my Fourth amendment Right, Detective Armstrong Also violated my Fourth amendment Right by diliberately made false or misleading Statments and omitted material information from her warrent application in order to manufacture Probable Cause, Detective Armstrong never stated were she recieved her information from in Probable cause affidavit dated 11-24-23 a day after my arrest, Detective Armstrong deliberately made numerouse misleading and false Sletments She Also made Tekeshon Nelson a victim, Tekeson never Stated in my Police Report that I commetted a crime against her. So there for the City of Wyoming Failed to Properly train, monitor, direct, discipline and Superuse its officers. and because of this I Suffer from bad Anxiety, Loss of sleep, Sever dipression, I lost my Job, My marriage is felling apart, I Lost my Vehicle and everything I own including my Son ashes. And I'm going blind in my left Eye...

-4-

(W.D. Mich. Form – Last Revised: September 2021)

IV. **Relief**

State briefly and precisely what you want the court to do for you.

First I would like The Courts to hire an Investigator to look Into my Case due to the Fact I've been Kidnapped by the Wyoming Police department, Also I would like for the Courts to Subpena My vehicel GPS Records and Phone Records, TO Prove my Innocence on a Criminal Charge, I would like a new Attorney, I would like my bond looked into, And I want to Sue for Compensatory damages and Punitive damages

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[X] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

4-22-24
**Date**

*Jes Paul Jones Jr*
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

#00243127

NAME: Les Paul Jones
KENT COUNTY CORRECTIONAL FACILITY
703 BALL AVENUE N.E.
GRAND RAPIDS, MI 49503

GRAND RAPIDS MI 493
25 APR 2024 PM 6 L



U.S District Court
399 Federal Building
110 Michigan St. NW
Grand Rapids, MI 49503

49503-236399