UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LES PAUL JONES, JR.,

    Plaintiff,

v.

CITY OF WYOMING, et al.,

    Defendants.
_____/

Case No. 1:24-cv-439

Hon. Hala Y. Jarbou

## ORDER

On October 24, 2025, Magistrate Judge Maarten Vermaat issued a report and recommendation (R&R) that the Court dismiss this case for failure to prosecute (ECF No. 27). The magistrate judge explained that Plaintiff had failed to attend two scheduling conferences, and that the Court's recent mail to his address on record had been returned as undeliverable. The Clerk of Court mailed Plaintiff a copy of the R&R, but that too was returned.

Soon after, on November 7, the Court received a letter from Plaintiff in which he indicated that he had electronically attended the most recent scheduling conference, but no one else logged on. (11/7/2025 Letter, ECF No. 30.) It appears that Plaintiff actually attended on the wrong date—October 22 instead of October 23. The November 7 letter listed the Kent County Correctional Facility as its return address, so the Clerk of Court mailed the R&R there; it was again returned as undeliverable. However, in the letter, Plaintiff provided a new address to which the Court should send his mail: 1044 Bates St SE, Grand Rapids, MI 49506. (*See* 11/7/2025 Letter, PageID.108.) Because Plaintiff has provided this new address to the Court, it will not dismiss the case for lack of prosecution.

2

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 27) is **REJECTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to update Plaintiff's mailing address to 1044 Bates St SE, Grand Rapids, MI 49506.

Dated: December 12, 2025          /s/ Hala Y. Jarbou
                                  HALA Y. JARBOU
                                  CHIEF UNITED STATES DISTRICT JUDGE